CITY OF MANCHESTER, (a municipal corporation), Respondent,

v.

Michael BABCOCK, Appellant.

No. 74287.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 19, 1999.

Application for Transfer Denied
Feb. 23, 1999.

Michael Babcock, pro se.

Mark S. Levitt, St. Louis, for respondent.

**162**

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Appellant, Michael Babcock, appeals from the judgment, after a trial de novo, finding him guilty of speeding. No jurisprudential purpose would be served by a written opinion.[1]

The judgment is affirmed. Rule 30.25(b).

1. Respondent's motion to dismiss appellant's appeal is denied.